**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOUNLAY PHOMMAVONGSA,<br><br>                    Petitioner,<br><br>          v.<br><br>CHRISTOPHER CHESTNUT, *et al.*,<br><br>                    Respondents. | Case No.  1:25-cv-01852 JLT CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. 13) |

Bounlay Phommavonsga is a federal detainee proceeding by counsel, initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on December 14, 2025, while in custody of the Immigration and Customs Enforcement at the California City Detention Facility, located in Kern County, California. (Doc. 1 at 1.)  On December 18, 2025, Petitioner filed a motion for preliminary injunction. (Doc. 6.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17). *See* (Docs. 7, 8.)

On January 15, 2026, the assigned magistrate judge issued findings and recommendations to grant Petitioner's motion for preliminary injunction. (Doc. 13.)  The findings and recommendations were served on the parties and contained notice that any objections were to be filed within 14 days of the date of service thereof. *Id.* at 17.  No objections were filed and the time to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis with one exception. Specifically, though Petitioner's order of removal has been stayed, the Court cannot presume whether Petitioner's final order of removal will be formally set aside. Thus, on this record, the Court cannot rule out the possibility that Petitioner's removal may become likely in the future. For this reason, the Court has modified the injunctive relief recommended by the magistrate judge as set forth below. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on January 15, 2026 (Doc. 13) are **ADOPTED** in part.

2. Petitioner's motion for preliminary injunction (Doc. 6) is **GRANTED**.

3. Respondents are **ORDERED** to release Petitioner immediately.

4. Respondents are **ENJOINED** from re-detaining Petitioner for more than 14 days without a bond hearing before a neutral arbiter at which the government must demonstrate by clear and convincing evidence that Petitioner is a flight risk or danger to the community **UNLESS** there is a material change related to the likelihood of his imminent removal such that physical custody is legally justified.

5. The parties **SHALL FILE** no later than 14 days from entry of this order a joint status report as to Petitioner's status and address whether a further briefing schedule need be set to address Petitioner's petition on the merits.

IT IS SO ORDERED.

Dated:    **January 30, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2